# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymundo S.M., | Civil No. 26-846 (DWF/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on Petitioner Raymundo S.M.'s petition for writ of habeas corpus (the "Petition"). (Doc. No. 1.) Based on the Court's review of the record in this case, **IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the Petition (Doc. No. [1]) by February 2, 2026, at 12:00 p.m. CT, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not issue in this case.

2. The answer should include:

    a. A reasoned memorandum of law and fact addressing each count of the Petition;

    b. Any supporting documentation that may be needed to establish the lawfulness of Petitioner's arrest and/or continued confinement; and

    c. A good-faith argument as to whether—and if so, why—this matter, at least with respect to Petitioner's argument that he is entitled to a bond hearing under 8 U.S.C. § 1226(a), is materially distinguishable, either factually or legally, from *Omar E.F.G. v. Bondi*, No. 26-cv-451, 2026 WL 184571 (D. Minn. Jan. 23, 2026), and *Victor S.M. v. Noem*, No. 26-cv-400, 2026 WL 161445 (D. Minn. Jan. 21, 2026).

 3. If Petitioner intends to file a reply to Respondents' answer, he must do so by February 3, 2026, at 12:00 p.m. CT.

 4. Respondents, or any other person, entity, or agency of the government, or anyone acting in concert with Respondents or the government, are **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of this action.

 5. If Petitioner has already been moved from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

Dated: January 30, 2026,      s/Donovan W. Frank
                 DONOVAN W. FRANK
                 United States District Judge