# UNITED STATES DISTRICT COURT

## District of Minnesota

Raymundo S.M.

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00846 DWF/DCW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is DENIED WITHOUT PREJUDICE.

Date: 2/6/2026

KATE M. FOGARTY, CLERK